**Dismissed and Memorandum Opinion filed March 31, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00013-CV

---

### JAMES WHITTAKER, Appellant

### V.

### ERNEST HOUSTON, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1056367**

---

## M E M O R A N D U M   O P I N I O N

On December 29, 2014, appellant filed a notice of appeal from a judgment signed that day. The clerk's record was filed February 5, 2015. To date, the filing fee of $195.00 has not been paid. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). No evidence

that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On January 21, 2015, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless appellant paid the fee by February 2, 2015. No response was filed.

In addition, no reporter's record has been filed. The official court reporter informed this court that appellant had not made arrangements for payment for the reporter's record. On January 16, 2015, the clerk of this court notified appellant that we would consider and decide the appeal without a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response to the court's notice.

On February 12, 2015, this court issued an order stating that unless appellant filed a brief and paid the appellate filing fee on or before March 7, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and McCally.